| 10/29/2021 | 51 | PAPERLESS ORDER. THIS CAUSE came before the Court upon a sua sponte examination of the record. On August 18, 2021, the Court entered a Pretrial Order 5 which ordered the Parties to "hold a scheduling conference no later than twenty (20) days after the filing of the first responsive pleading by the last responding defendant, or within sixty (60) days after the filing of the complaint, whichever occurs first... Within ten (10) days of the scheduling conference, counsel shall file a joint scheduling report. " 5 . Thus, the deadline for the Parties to submit a joint scheduling report was October 27, 2021. The Order cautioned, "[f]ailure of counsel to file a joint scheduling report may result in remand or dismissal, default, and the imposition of other sanctions including attorney's fees and costs." Id. Now, the October 27, 2021 deadline has passed and no Joint Scheduling Report has been filed in this case. Accordingly, based on the foregoing, it is ORDERED AND ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is instructed to CLOSE this case. All pending motions, if any, are DENIED AS MOOT. The Parties may move to reopen this matter upon the Parties filing a joint scheduling report. Signed by Judge K. Michael Moore on 10/29/2021. (thn) (Entered: 10/29/2021) |
|---|---|---|