| 11/03/2021 | 53 | PAPERLESS ORDER. THIS CAUSE came before the Court upon the filing of Pro Se Plaintiff Donnahue George's ("Plaintiff") Request to Reopen Case and File an Amended Complaint. 52 . On November 1, 2021, the Court dismissed this case without prejudice due to the Parties' failure to file a joint scheduling report. 51 . Now, Plaintiff requests, pursuant to Federal Rule of Civil Procedure 60, to file an Amended Complaint to address the Court's dismissal of this case. 52 . The Court offers the following clarification for Plaintiff: this case has been dismissed for failure to file a joint scheduling report, not for any deficiency with the Complaint. Accordingly, UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the Motion 52 is DENIED. Plaintiff is encouraged to review, and comply with, the Court's Order 51 . Signed by Judge K. Michael Moore on 11/3/2021. (thn) (Entered: 11/03/2021) |
|---|---|---|