| 11/08/2021 | 58 | PAPERLESS ORDER. THIS CAUSE came before the Court upon Plaintiff's Motion to Request a 30 Day Enlargement of Time To Submit Joint Scheduling Report. 56 . On October 29, 2021, the Court dismissed this case without prejudice due to the Parties' failure to file a joint scheduling report. 51 . Now, Plaintiff is requesting an extension of time to file a joint scheduling report because the Court's Order 5 states: "if all defendants have not been served by the expiration of this deadline, Plaintiff shall move for an enlargement of time to hold the scheduling conference, not to exceed 90 days from the filing of the Complaint." 5 . Plaintiff argues that because he has not served all Defendants, he is entitled to move for an extension in order to obtain more time to file a joint scheduling report. Plaintiff's request is without merit for two reasons. First, the Court's Order 5 requires a plaintiff to move for an extension when not all defendants have been served in order to accommodate a plaintiff's efforts to serve process. Here, Plaintiff is requesting an additional thirty (30) days to confer with Defendants regarding a joint scheduling report, not to serve the remaining Defendants who have yet to be served. Accordingly, Plaintiff's request for an extension on these grounds is without merit. Second, in any event, Plaintiff's request for an extension comes after the deadline has already passed, and his instant request is therefore untimely under the Court's Order 5 . Accordingly, UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the Motion 56 is DENIED. Signed by Judge K. Michael Moore on 11/8/2021. (thn) (Entered: 11/08/2021) |