| 11/17/2021 | 64 | PAPERLESS ORDER. THIS CAUSE came before the Court upon Plaintiff's Motion in Opposition to Defendants' Refusal to Participate in Scheduling Conference 59 , Joint Proposed Scheduling Report 60 , and Motion to Reopen Case 62 . To begin, Plaintiff's "Joint Proposed Scheduling Report" is not actually a joint submission by the Parties. 60 . Rather, it informs the Court that Plaintiff had a zoom conference with some, but not all, of Defendants. Id. This document was not signed by any of Defendants and is, therefore, not a joint submission. It remains the case that Plaintiff has failed to comply with the Court's Order 5 because not all of Defendants have been served in this case. 5 . The Defendants who have been served have informed the Court that they have agreed to hold a scheduling conference within seven (7) days of completion of service on the remaining Defendants. 63 . Despite Plaintiff's insistence to the contrary, it appears that Defendants have made every reasonable effort to comply with Court Orders and the Federal Rules of Civil Procedure, while Plaintiff has not. Plaintiff's Motion to Reopen Case 62 must be denied because (1) not all of Defendants have been served, and (2) the Joint Scheduling Report filed by Plaintiff was not actually a joint submission. Additionally, for the same reasons, Plaintiff's request for sanctions under Federal Rule of Civil Procedure 37 is without merit. Accordingly, UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the Plaintiff's Motions 59 and 62 are DENIED. Signed by Judge K. Michael Moore on 11/17/2021. (thn) (Entered: 11/17/2021) |
|---|---|---|