| 12/02/2021 | 71 | Notice of Appeal by Donnahue George as to 64 Order on Motion for Miscellaneous Relief, Order on Motion to Reopen Case, 53 Order on Motion to Reopen Case, Order on Motion for Miscellaneous Relief, Order on Motion for Reconsideration, 51 Order Dismissing Case, 58 Order on Motion for Extension of Time to File Response/Reply/Answer. Filing fee $ 505.00. Receipt#: FLS000014968. |
|---|---|---|