# STATEMENT OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Plaintiff- Appellant does not have a parent corporation and is not a publicly held corporation.

Interested parties are as follows:

Ken Griffin, Defendant- Appellee

Citadel Securities. Defendant-Appellee

Citadel LLC, Defendant-Appellee

FINRA, Defendant-Appellee

DTCC, Defendant-Appellee

Robinhood, Defendant- Appellee

SEC, Defendant-Appellee

Donnahue George, Plaintiff- Appellant

Jason Sternberg, Attorney for Defendant

David Mandel, Attorney for Defendant

Adam Unikowsky, Attorney for Defendant

Gustavo Membiela, Attorney for Defendant

David Mandel, Attorney for Defendant

Honorable Judge K. Michael Moore U.S. District Court Judge

2