UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 21-14208

DONAHUE GEORGE

Plaintiffs/Appellant

v.

KEN GRIFFIN, CITADEL SECURITIES MARKET MAKER, CITADEL CONNECT DARK POOL, CITADEL LLC HEDGE FUND, SECURITIES EXCHANGE COMMISSION, FINRA, DTCC, ROBINHOOD FINANCIAL, LLC, WEBULL FINANCIAL LLC, CFTC

Defendants/Appellees.

On Appeal from The United States District court
For the Southern District of Florida
Case No. 0:02:21-cv-61719-KMM

**APPELLEES' CERTIFICATE OF INTEREST PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Adam Unikowsky
JENNER & BLOCK LLP
1099 New York Ave NW, Ste 900
Washington, DC 20001
Telephone:  (202) 661-4925
aunikowsky@jenner.com

*Counsel for Appellees*

*George v. Griffin, et al.,* 21-14208

## APPELLEE'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to Rule 26.1-1(a)(2) of the Eleventh Circuit Rules, Appellee Depository Trust Clearing Corporation ("Appellee") identifies the below additional persons:

1. Alvarado, Maria Castellanos (counsel for Robinhood Financial LLC)

2. Boyle, Gregory M. (counsel for The Depository Trust & Clearing Corporation)

3. Carlson & Associates, P.A. (counsel for The Depository Trust & Clearing Corporation)

4. Carlson, Curtis (counsel for The Depository Trust & Clearing Corporation)

5. Citadel Enterprise Americas LLC (formerly Citadel LLC)

6. Citadel GP LLC (parent company of Citadel Enterprise Americas LLC)

7. Citadel Securities GP LLC (parent company of Citadel Securities LLC)

8. Commodity Futures Trading Commission

9. Cravath, Swaine & Moore LLP (counsel for Robinhood Financial LLC)

10. Danon, Samuel A. (counsel for Robinhood Financial LLC)

11. Hill Ward Henderson (counsel for Robinhood Financial LLC)

12. Hunton Andrews Kurth LLP (counsel for Robinhood Financial LLC)

13. Jenner & Block LLP (counsel for The Depository Trust & Clearing Corporation)

*George v. Griffin, et al.,* 21-14208

14. Mandel & Mandel LLP (counsel for Financial Industry Regulatory Authority, Inc.)

15. Orsini, Kevin J. (counsel for Robinhood Financial LLC)

16. Quinn Emanuel Urquhart & Sullivan, LLP (counsel for Ken Griffin, Citadel Enterprise Americas LLC (formerly Citadel LLC), and Citadel Securities LLC)

17. Robinhood Markets, Inc. (stock ticker HOOD) (parent company of Robinhood Financial LLC)

18. Ryan, Antony L. (counsel for Robinhood Financial LLC)

19. Shaffer, Derek L. (counsel for Ken Griffin, Citadel Enterprise Americas LLC (formerly Citadel LLC), and Citadel Securities LLC)

20. Smachetti, Emily M. (counsel for Securities and Exchange Commission)

21. Snow, Lurana S., U.S. Magistrate Judge, Southern District of Florida

22. Sukiennik, Brittany L. (counsel for Robinhood Financial LLC)

23. Waggoner, Dennis (counsel for Robinhood Financial LLC)

24. Webb, Joshua C. (counsel for Robinhood Financial LLC)

25. WeBull Financial LLC

*George v. Griffin, et al.,* 21-14208

## APPELLEE'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, the undersigned counsel hereby certifies that The Depository Trust & Clearing Corporation has no parent corporation, and that no publicly-traded corporation has a 10% or greater ownership interest in The Depository Trust & Clearing Corporation.

Dated: December 29, 2021

Respectfully Submitted,

/s/ *Adam Unikowsky*
Adam Unikowsky
JENNER & BLOCK LLP
1099 New York Ave NW, Ste 900
Washington, DC 20001
Telephone: (202) 661-4925
aunikowsky@jenner.com

*George v. Griffin, et al.,* 21-14208

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

Dated: December 29, 2021

/s/ *Adam Unikowsky*
Adam Unikowsky
JENNER & BLOCK LLP
1099 New York Ave NW, Ste 900
Washington, DC 20001
Telephone: (202) 661-4925
aunikowsky@jenner.com

**SERVICE LIST**

All counsel of record, via ECF

Plaintiff Donahue George, via ECF and Mail
1012 NW 2nd Street
Fort Lauderdale, FL 33311
donnahuegeorge@gmail.com
Pro Se