IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 21-14208-DD

---

DONNAHUE GEORGE,
Plaintiff-Appellant,

v.

KEN GRIFFIN, et al.,
Defendants-Appellees.

---

Appeal from the United States District Court
for the Southern District of Florida

District Court Docket No. 0:21-cv-61719-KMM

---

**DEFENDANTS-APPELLEES KEN GRIFFIN, CITADEL ENTERPRISE AMERICAS LLC (FORMERLY CITADEL LLC), AND CITADEL SECURITIES LLC'S CERTIFICATE OF INTERESTED PERSONS <u>AND CORPORATE DISCLOSURE STATEMENT</u>**

Donnahue George v. Ken Griffin, et al.
No. 21-14208-DD

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-2, the undersigned counsel hereby certify as follows:

Defendant-Appellee Citadel Enterprise Americas LLC (formerly Citadel LLC) is a wholly-owned indirect subsidiary of Citadel GP LLC, Defendant-Appellee Citadel Securities LLC is a wholly-owned indirect subsidiary of Citadel Securities GP LLC, and no publicly-held corporation has a 10% or greater ownership interest in Citadel GP LLC or Citadel Securities GP LLC.

The following is a complete list, in alphabetical order, of interested persons:

1. Alvarado, Maria Castellanos (counsel for Robinhood Financial LLC)

2. Boyle, Gregory M. (counsel for The Depository Trust & Clearing Corporation)

3. Carlson & Associates, P.A. (counsel for The Depository Trust & Clearing Corporation)

4. Carlson, Curtis (counsel for The Depository Trust & Clearing Corporation)

5. Citadel Enterprise Americas LLC (formerly Citadel LLC)

6. Citadel GP LLC (parent company of Citadel Enterprise Americas LLC)

7. Citadel Securities GP LLC (parent company of Citadel Securities LLC)

8. Citadel Securities LLC

9. Commodity Futures Trading Commission

USCA11 Case: 21-14208     Document: 15     Date Filed: 12/30/2021     Page: 3 of 6

Donnahue George v. Ken Griffin, et al.
No. 21-14208-DD

10. Cravath, Swaine & Moore LLP (counsel for Robinhood Financial LLC)

11. Danon, Samuel A. (counsel for Robinhood Financial LLC)

12. The Depository Trust & Clearing Corporation

13. Financial Industry Regulatory Authority, Inc.

14. George, Donnahue

15. Griffin, Kenneth

16. Hill Ward Henderson (counsel for Robinhood Financial LLC)

17. Hunton Andrews Kurth LLP (counsel for Robinhood Financial LLC)

18. Jenner & Block LLP (counsel for The Depository Trust & Clearing Corporation)

19. Mandel & Mandel LLP (counsel for Financial Industry Regulatory Authority, Inc.)

20. Mandel, David S. (counsel for Financial Industry Regulatory Authority, Inc.)

21. Membiela, Gustavo Javier (counsel for Robinhood Financial LLC)

22. Moore, K. Michael, U.S. District Court Judge, Southern District of Florida

23. Orsini, Kevin J. (counsel for Robinhood Financial LLC)

24. Quinn Emanuel Urquhart & Sullivan, LLP (counsel for Ken Griffin, Citadel Enterprise Americas LLC (formerly Citadel LLC), and Citadel Securities LLC)

25. Robinhood Financial LLC

Donnahue George v. Ken Griffin, et al.
No. 21-14208-DD

26. Robinhood Markets, Inc. (stock ticker HOOD) (parent company of Robinhood Financial LLC)

27. Ryan, Antony L. (counsel for Robinhood Financial LLC)

28. Securities and Exchange Commission

29. Shaffer, Derek L. (counsel for Ken Griffin, Citadel Enterprise Americas LLC (formerly Citadel LLC), and Citadel Securities LLC)

30. Smachetti, Emily M. (counsel for Securities and Exchange Commission)

31. Snow, Lurana S., U.S. Magistrate Judge, Southern District of Florida

32. Sternberg, Jason (counsel for Ken Griffin, Citadel Enterprise Americas LLC (formerly Citadel LLC), and Citadel Securities LLC)

33. Sukiennik, Brittany L. (counsel for Robinhood Financial LLC)

34. Unikowsky, Adam G. (counsel for The Depository Trust & Clearing Corporation)

35. Waggoner, Dennis (counsel for Robinhood Financial LLC)

36. Webb, Joshua C. (counsel for Robinhood Financial LLC)

37. WeBull Financial LLC

Donnahue George v. Ken Griffin, et al.
No. 21-14208-DD

DATED: December 30, 2021              Respectfully submitted,


                                      */s/ Derek Shaffer*
                                      **QUINN EMANUEL URQUHART
                                      & SULLIVAN, LLP**
                                      Derek L. Shaffer
                                      D.C. Bar. No. 478775
                                      1300 I Street NW, 9th Floor
                                      Washington, DC 20005
                                      Telephone: (202) 538-8000
                                      derekshaffer@quinnemanuel.com

                                      **QUINN EMANUEL URQUHART
                                      & SULLIVAN, LLP**
                                      Jason D. Sternberg
                                      Fla. Bar No. 72887
                                      2601 South Bayshore Drive, Suite 1550
                                      Miami, FL 33133
                                      Telephone: (561) 213-5635
                                      jasonsternberg@quinnemanuel.com

                                      *Counsel for Ken Griffin, Citadel
                                      Enterprise Americas LLC, and
                                      Citadel Securities LLC*

1

Donnahue George v. Ken Griffin, et al.
No. 21-14208-DD

# CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

Dated: December 30, 2021                    */s/ Derek Shaffer*
                                            Derek L. Shaffer

## SERVICE LIST

All counsel of record, via ECF

Plaintiff Donnahue George, via ECF and mail
1012 NW 2nd Street
Fort Lauderdale, FL 33311
donnahuegeorge@gmail.com
Pro Se

2