UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 04, 2022

Gregory M. Boyle
Jenner & Block, LLP
353 N CLARK ST
CHICAGO, IL 60654

Appeal Number: 21-14208-DD
Case Style: Donnahue George v. Ken Griffin, et al
District Court Docket No: 0:21-cv-61719-KMM

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Your Application to Appear Pro Hac Vice in this appeal has been GRANTED.

Counsel who wish to participate in this appeal must complete and electronically file an appearance form within fourteen (14) days (appearance of counsel forms are available on the court's website). The clerk may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6.

If you have not yet registered for the Electronic Case Files (ECF) system, information regarding registration can be found on the court's website under "E-Filing Information (CM/ECF)".

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Bradly Wallace Holland, DD
Phone #: 404-335-6181

MOT-2 Notice of Court Action