IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 21-14208-DD

---

DONNAHUE GEORGE,
Plaintiff-Appellant,

v.

KEN GRIFFIN, et al.,
Defendants-Appellees.

---

Appeal from the United States District Court
for the Southern District of Florida

District Court Docket No. 0:21-cv-61719-KMM

---

# APPELLEE FINRA'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

David S. Mandel
*Counsel of Record*
MANDEL & MANDEL LLP
169 East Flagler Street
Miami, Florida 33131
Telephone: 305.374.7771

*Counsel for Appellee Financial Industry Regulatory Authority, Inc.*

Donnahue George v. Ken Griffin, et al.
No. 21-14208-DD

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-2, the undersigned counsel hereby certifies that Defendant-Appellee Financial Industry Regulatory Authority, Inc. ("FINRA") is a private, not-for-profit Delaware corporation and is a self-regulatory organization registered with the Securities and Exchange Commission as a national securities association pursuant to the Maloney Act of 1938, (15 U.S.C. § 78o-3, et seq.), amending the Securities Exchange Act of 1934 (15 U.S.C. § 78a, et seq.), that has no stock or parent corporation.  No publicly held corporation owns 10% or more of any FINRA stock.

The following is a complete list, in alphabetical order, of interested persons:

Alvarado, Maria Castellanos (counsel for Robinhood Financial LLC)

Boyle, Gregory M. (counsel for The Depository Trust & Clearing Corporation)

Carlson, Curtis (counsel for The Depository Trust & Clearing Corporation)

Citadel Enterprise Americas LLC (formerly Citadel LLC)

Citadel GP LLC (parent company of Citadel Enterprise Americas LLC)

Citadel Securities GP LLC (parent company of Citadel Securities LLC)

Citadel Securities LLC

Commodity Futures Trading Commission

Cravath, Swaine & Moore LLP (counsel for Robinhood Financial LLC)

Donnahue George v. Ken Griffin, et al.
No. 21-14208-DD

Danon, Samuel A. (counsel for Robinhood Financial LLC)

The Depository Trust & Clearing Corporation

Financial Industry Regulatory Authority, Inc.

George, Donnahue

Griffin, Kenneth

Hill Ward Henderson (counsel for Robinhood Financial LLC)

Hunton Andrews Kurth LLP (counsel for Robinhood Financial LLC)

Jenner & Block LLP (counsel for The Depository Trust & Clearing Corporation)

Mandel & Mandel LLP (counsel for Financial Industry Regulatory Authority, Inc.)

Mandel, David S. (counsel for Financial Industry Regulatory Authority, Inc.)

Membiela, Gustavo Javier (counsel for Robinhood Financial LLC)

Moore, K. Michael, U.S. District Court Judge, Southern District of Florida

Orsini, Kevin J. (counsel for Robinhood Financial LLC)

Quinn Emanuel Urquhart & Sullivan, LLP (counsel for Ken Griffin, Citadel Enterprise Americas LLC (formerly Citadel LLC), and Citadel Securities LLC)

Robinhood Financial LLC

Robinhood Markets, Inc. (stock ticker HOOD) (parent company of Robinhood Financial LLC)

Ryan, Antony L. (counsel for Robinhood Financial LLC)

Securities and Exchange Commission

Donnahue George v. Ken Griffin, et al.
No. 21-14208-DD

Shaffer, Derek L. (counsel for Ken Griffin, Citadel Enterprise Americas LLC (formerly Citadel LLC), and Citadel Securities LLC)

Smachetti, Emily M. (counsel for Securities and Exchange Commission)

Snow, Lurana S., U.S. Magistrate Judge, Southern District of Florida

Sternberg, Jason (counsel for Ken Griffin, Citadel Enterprise Americas LLC (formerly Citadel LLC), and Citadel Securities LLC)

Sukiennik, Brittany L. (counsel for Robinhood Financial LLC)

Unikowsky, Adam G. (counsel for The Depository Trust & Clearing Corporation)

Waggoner, Dennis (counsel for Robinhood Financial LLC)

WeBull Financial LLC

Webb, Joshua C. (counsel for Robinhood Financial LLC)

Respectfully submitted,

/s/ David S. Mandel
David S. Mandel
FBN 38040
MANDEL & MANDEL LLP
169 East Flagler Street, Suite 1224
Miami, FL 33131
Telephone: (305) 374-7771
dsm@mandel.law

*Counsel for Appellee Financial Industry Regulatory Authority, Inc.*

Donnahue George v. Ken Griffin, et al.
No. 21-14208-DD

# CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

Dated:  January 4, 2022                              */s/ David S. Mandel*

# SERVICE LIST

All counsel of record, via ECF

Plaintiff Donnahue George, via ECF and mail
1012 NW 2nd Street
Fort Lauderdale, FL 33311
donnahuegeorge@gmail.com
Pro Se

1