IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 21-14208-DD

---

DONNAHUE GEORGE,
Plaintiff-Appellant,

v.

KEN GRIFFIN, et al.,
Defendants-Appellees.

---

Appeal from the United States District Court
for the Southern District of Florida

District Court Docket No. 0:21-cv-61719-KMM

---

**APPELLEES' MOTION FOR EXTENSION OF TIME**

Donnahue George v. Ken Griffin, et al.
No. 21-14208-DD

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-2, the undersigned counsel hereby certify as follows:

Defendant-Appellee Citadel Enterprise Americas LLC (formerly Citadel LLC) is a wholly-owned indirect subsidiary of Citadel GP LLC, Defendant-Appellee Citadel Securities LLC is a wholly-owned indirect subsidiary of Citadel Securities GP LLC, and no publicly-held corporation has a 10% or greater ownership interest in Citadel GP LLC or Citadel Securities GP LLC.

Defendant-Appellee Robinhood Financial LLC is a wholly owned subsidiary of Robinhood Markets, Inc. (NASDAQ: HOOD), and no publicly-traded corporation has a 10% or greater ownership interest in Robinhood Financial LLC.

Defendant-Appellee The Depository Trust & Clearing Corporation does not have a parent corporation and no publicly-held corporation has a 10% or greater ownership interest in The Depository Trust & Clearing Corporation.

Donnahue George v. Ken Griffin, et al.
No. 21-14208-DD

Defendant-Appellee Financial Industry Regulatory Authority, Inc. ("FINRA") is a private, not-for-profit Delaware corporation and is a self-regulatory organization registered with the Securities and Exchange Commission as a national securities association pursuant to the Maloney Act of 1938, (15 U.S.C. § 78o-3, et seq.), amending the Securities Exchange Act of 1934 (15 U.S.C. § 78a, et seq.), that has no stock or parent corporation. No publicly held corporation owns 10% or more of any FINRA stock.

The following is a complete list, in alphabetical order, of interested persons:

Alvarado, Maria Castellanos (counsel for Robinhood Financial LLC)

Boyle, Gregory M. (counsel for The Depository Trust & Clearing Corporation)

Carlson, Curtis (counsel for The Depository Trust & Clearing Corporation)

Citadel Enterprise Americas LLC (formerly Citadel LLC)

Citadel GP LLC (parent company of Citadel Enterprise Americas LLC)

Citadel Securities GP LLC (parent company of Citadel Securities LLC)

Citadel Securities LLC

Commodity Futures Trading Commission

Cravath, Swaine & Moore LLP (counsel for Robinhood Financial LLC)

Danon, Samuel A. (counsel for Robinhood Financial LLC)

The Depository Trust & Clearing Corporation

Financial Industry Regulatory Authority, Inc.

Donnahue George v. Ken Griffin, et al.
No. 21-14208-DD

George, Donnahue

Griffin, Kenneth

Hill Ward Henderson (counsel for Robinhood Financial LLC)

Hunton Andrews Kurth LLP (counsel for Robinhood Financial LLC)

Jenner & Block LLP (counsel for The Depository Trust & Clearing Corporation)

Mandel & Mandel LLP (counsel for Financial Industry Regulatory Authority, Inc.)

Mandel, David S. (counsel for Financial Industry Regulatory Authority, Inc.)

Membiela, Gustavo Javier (counsel for Robinhood Financial LLC)

Moore, K. Michael, U.S. District Court Judge, Southern District of Florida

Orsini, Kevin J. (counsel for Robinhood Financial LLC)

Quinn Emanuel Urquhart & Sullivan, LLP (counsel for Ken Griffin, Citadel Enterprise Americas LLC (formerly Citadel LLC), and Citadel Securities LLC)

Robinhood Financial LLC

Robinhood Markets, Inc. (stock ticker HOOD) (parent company of Robinhood Financial LLC)

Ryan, Antony L. (counsel for Robinhood Financial LLC)

Securities and Exchange Commission

Shaffer, Derek L. (counsel for Ken Griffin, Citadel Enterprise Americas LLC (formerly Citadel LLC), and Citadel Securities LLC)

Smachetti, Emily M. (counsel for Securities and Exchange Commission)

Donnahue George v. Ken Griffin, et al.
No. 21-14208-DD

Snow, Lurana S., U.S. Magistrate Judge, Southern District of Florida

Sternberg, Jason (counsel for Ken Griffin, Citadel Enterprise Americas LLC (formerly Citadel LLC), and Citadel Securities LLC)

Sukiennik, Brittany L. (counsel for Robinhood Financial LLC)

Unikowsky, Adam G. (counsel for The Depository Trust & Clearing Corporation)

Waggoner, Dennis (counsel for Robinhood Financial LLC)

WeBull Financial LLC

Webb, Joshua C. (counsel for Robinhood Financial LLC)

USCA11 Case: 21-14208     Document: 23     Date Filed: 02/01/2022     Page: 6 of 10

Donnahue George v. Ken Griffin, et al.
No. 21-14208-DD

## INTRODUCTION

Defendants-Appellees Financial Industry Regulatory Authority, Inc. (FINRA), Ken Griffin, Citadel Securities LLC, Citadel Enterprise Americas LLC (formerly Citadel LLC), The Depository Trust & Clearing Corporation, and Robinhood Financial LLC (collectively, the "Moving Appellees") respectfully move for an order extending their time to file their principal briefs until ten (10) business days following the Court's resolution of the Moving Appellees' joint motion to dismiss the appeal for lack of jurisdiction.

## BACKGROUND

The Moving Appellees filed their joint motion to dismiss for lack of jurisdiction on December 21, 2021. Pro se Appellant Donnahue George ("George") did not file an opposition, the deadline for which was January 3, 2022. The Moving Appellees' principal briefs were originally due to be filed on January 9, 2022. On December 30, 2021, the Clerk of the Court granted the Moving Appellees' telephonic request to extend the filing date for those briefs to February 9, 2022. On January 31, 2022, the Moving Appellees conferred with George and he is opposed to the relief sought in this motion.

## ARGUMENT

As explained in their joint motion to dismiss, this is an appeal of a non-final order and, therefore, the Court lacks jurisdiction. Since the motion to dismiss would

1

USCA11 Case: 21-14208     Document: 23     Date Filed: 02/01/2022     Page: 7 of 10

Donnahue George v. Ken Griffin, et al.
No. 21-14208-DD

dispose of the appeal, considerations of judicial economy militate in favor of delaying the briefing on this appeal until the motion is adjudicated. If the Court concludes that it lacks jurisdiction over the appeal, the efforts that the Moving Appellees would put into preparing their briefs, and any efforts of the Court in reviewing those briefs, will have been unnecessary.

This Court, of course, has the discretion to adjust briefing schedules to take the instant motion practice into account. Fed. R. App. P. 26(b). Here, the exercise of that discretion favors granting this motion.

## CONCLUSION

This motion for an extension of time to file the Moving Appellees' briefs should be granted.

DATED: February 1, 2022                    Respectfully submitted,

/s/ Derek Shaffer (with permission)        /s/ David S. Mandel
**QUINN EMANUEL URQUHART &**               **MANDEL & MANDEL LLP**
**SULLIVAN, LLP**                          David S. Mandel
Derek L. Shaffer                           Fla. Bar. No. 38040
D.C. Bar. No. 478775                       169 E. Flagler St., Suite 1224
1300 I Street NW, 9th Floor                Miami, FL 33131
Washington, DC 20005                       Telephone: (305) 374-7771
Telephone: (202) 538-8000                  dsm@mandel.law
derekshaffer@quinnemanuel.com
                                           *Counsel for Financial Industry*
**QUINN EMANUEL URQUHART &**               *Regulatory Authority, Inc.*
**SULLIVAN, LLP**
Jason D. Sternberg
Fla. Bar No. 72887

USCA11 Case: 21-14208     Document: 23     Date Filed: 02/01/2022     Page: 8 of 10

Donnahue George v. Ken Griffin, et al.
No. 21-14208-DD

2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
Telephone: (561) 213-5635
jasonsternberg@quinnemanuel.com

***Counsel for Ken Griffin, Citadel Enterprise Americas LLC, and Citadel Securities LLC***

/s/ Joshua C. Webb (with permission)
**HILL, WARD & HENDERSON, P.A.**
Joshua C. Webb
Fla. Bar No. 51679
101 East Kennedy Boulevard,
Suite 3700
Tampa, FL  33602
Telephone: (813) 222-3165
jwebb@hwhlaw.com

***Counsel for Robinhood Financial LLC***

/s/ Adam Unikowsky (with permission)
**JENNER & BLOCK LLP**
Adam G. Unikowsky
D.C. Bar. No. 989053
1099 New York Ave NW, Ste 900
Washington, DC 20001
Telephone: (202) 639-6041
aunikowsky@jenner.com

***Counsel for The Depository Trust & Clearing Corporation***

3

Donnahue George v. Ken Griffin, et al.
No. 21-14208-DD

# CERTIFICATE OF COMPLIANCE

Pursuant to Rule 32(g) of the Federal Rules of Appellate Procedure, the undersigned counsel certifies that this motion complies with the type-volume limitation of Rule 27(d)(2)(A) of the Federal Rules of Appellate Procedure. This motion contains 310 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

As required by Federal Rule of Appellate Procedure 27(d)(1)(E) and 11th Cir. R. 27-1(a)(10), this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Office Word in Times New Roman type style, font size 14.

Dated: February 1, 2022                           */s/ David S. Mandel*

Donnahue George v. Ken Griffin, et al.
No. 21-14208-DD

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

*/s/ David S. Mandel*

## SERVICE LIST

All counsel of record, via ECF

Plaintiff Donnahue George, via ECF and mail
1012 NW 2nd Street
Fort Lauderdale, FL 33311
donnahuegeorge@gmail.com
Pro Se