IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

No. 21-14208

Donnahue George, Plaintiff -Appellant

v.

Ken Griffin et al

Defendant- Appellees

On Appeal from

the United States District Court

for the Southern District of Florida

Case No. 21-CV- 61719

**APPELLANTS OBJECTION TO APPELLEES MOTION FOR EXTENSION OF TIME**

Donnahue George

1012 NW 2nd Street

Fort Lauderdale Fl 33311

(347) 216-5257

Email: DonnahueGeorge@gmail.com

# STATEMENT OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Plaintiff- Appellant does not have a parent corporation and is not a publicly held corporation.

Interested parties are as follows:

Ken Griffin, Defendant- Appellee

Citadel Securities. Defendant-Appellee

Citadel LLC, Defendant-Appellee

FINRA, Defendant-Appellee

DTCC, Defendant-Appellee

Robinhood, Defendant- Appellee

SEC, Defendant-Appellee

Donnahue George, Plaintiff- Appellant

Jason Sternberg, Attorney for Defendant

David Mandel, Attorney for Defendant

Adam Unikowsky, Attorney for Defendant

Gustavo Membiela, Attorney for Defendant

David Mandel, Attorney for Defendant

Honorable Judge K. Michael Moore U.S. District Court Judge

## INTRODUCTION

Plaintiff-Appellant Donnahue George is filing this Motion in Objection of Defendant-Appellees Collective motion for a second extension to file their Appellees brief. The Defendant-Appellees were required to file their Appellees brief on January 10 of 2022 and failed to do so. Defendant-Appellees requested an initial extension to file the Appellees brief and the Clerk of the Court gave them an extension until February 10, 2022. Defendant-Appellees have a team of seasoned attorneys and teams of support staff so there should be no need for them to be granted an additional extension.

## BACKGROUND

The Plaintiff-Appellant filed his Appellants brief on December 10, 2021. Instead of timely filing their Appellees brief, the Defendants-Appellees filed an outrageous motion to dismiss for lack of jurisdiction. The purpose of this motion was just to waste the courts valuable time. The District Court dismissed Plaintiff-Appellants case and denied Plaintiff-Appellants motion for reconsideration. The District Court Dismissed the case, refused to order the Defendants-Appellees to participate in preparing the Joint Scheduling Report and refused to accept Plaintiffs-Appellants Joint Scheduling Report. If the District Court orders the case closed and refuses to order the Defendants to participate in the discovery process, then the only legal recourse is an Appeal to the 11th Circuit Court.

## ARGUMENT

The Defendant-Appellees were already granted an initial extension by the Clerk of the Court and therefore should not be granted an additional extension. The Defendant-Appellees have a team of attorneys and teams of support staff so there should be no reason for them to be granted an additional extension.

## CONCLUSION

The Defendants-Appellees motion for an extension of time to file the Appellees brief should not be granted .

DATED: February 4, 2022

Respectfully Submitted

*/s/ Donnahue George*

Donnahue George

**CERTFICATE OF COMPLIANCE WITH FED .R.APP.P.32(a)**

1. This brief complies with the type-volume limitations of Fed. R. App.P. 32 and Fed. R. P. 29 because it is less than 30 pages.

2. This brief complies with the typeface requirements of Fed.R. App. P. 32(a)(6) because it has been prepared in a proportionally- spaced typeface using Microsoft Word in 14- point Times New Roman

Dated Feb 4, 2022

Donnahue George

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Appellants Motion in Opposition by U.S. Mail and Pacer on Feb 4, 2022 to all counsel or parties of record on the Service List

*Donnahue George*

SERVICE LIST

**SEC**

100 F st NE Washington DC 20549

**Quinn Emmanuel trial Attorneys**

2601 s. Bayshore drive suite 1550 Miami FL 33133

**CITADEL CONNECT DARK POOL**

131 S Dearborn st Chicago IL 60603

**CITADEL LLC HEDGE FUND**

131 S Dearborn st   Chicago IL 60603

**Mandel & Mandel LLP**

169 East Flager st Suite 1224 Miami FL 33131

**DTCC**

55 Water St  New York NY 10041

**Cravath Swaine & Moore LLP**

825 8th ave New York NY 10019

**WEBULL FINANCIAL LLC**

44 Wall st Suite 501 New York NY 10005