IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-14208-DD

_____

DONNAHUE GEORGE,

                                                          Plaintiff - Appellant,

versus

KEN GRIFFIN,
CITADEL SECURITIES MARKET MAKER,
CITADEL CONNECT DARK POOL,
CITADEL LLC HEDGE FUND,
SECURITIES EXCHANGE COMMISSION, et al.,

                                                          Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER:

The motion for an extension of time in which to file Appellees' briefs is GRANTED.

If the appeal is allowed to proceed, the Appellees' briefs are due ten (10) days from the resolution of the joint motion to dismiss the appeal for lack of jurisdiction.

                                                              /s/ Kevin C. Newsom
                                                            UNITED STATES CIRCUIT JUDGE