IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-14208-DD

_____

DONNAHUE GEORGE,

                                                Plaintiff - Appellant,

versus

KEN GRIFFIN,
CITADEL SECURITIES MARKET MAKER,
CITADEL CONNECT DARK POOL,
CITADEL LLC HEDGE FUND,
SECURITIES EXCHANGE COMMISSION, et al.,

                                                Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

Before: WILSON, BRANCH, and LUCK, Circuit Judges.

BY THE COURT:

The motion to dismiss the appeal for lack of jurisdiction filed by Ken Griffin, Citadel Securities LLC, Citadel Enterprises Americas LLC, The Depository Trust & Clearing Corporation, the Financial Industry Regulatory Authority, Inc., and Robinhood Financial LLC is CARRIED WITH THE CASE. A final determination regarding jurisdiction will be made by the panel to whom this appeal is submitted after briefing on the merits is completed. In their merits briefing, the parties are not required to discuss the jurisdictional issue in great detail, but they may address it as they deem necessary or appropriate.